Kathryn J. Halford (CA Bar No. 68141)
Email: kjhalford@wkpyc.com
Elizabeth Rosenfeld (CA Bar No. 106577)
Email: rosenfeld@wkpyc.com
**WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 313
Facsimile: (818) 501-5306

**JS-6**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| THE BOARD OF TRUESTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND, etc., <br><br> Plaintiffs, <br><br> vs. <br><br> ROSSI CONCRETE, INC., a California corporation, <br><br> Defendant. | **CASE NO. EDCV13-00051-VAP (SPx)** <br><br> The Hon. Virginia A. Phillips <br><br> ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

1     The parties having stipulated and good cause appearing,

2     IT IS HEREBY ORDERED that the above-entitled action be dismissed
3 with prejudice, each party to bear its own costs and attorneys' fees.

5 DATED: December 03, 2013

*/s/ Virginia A. Phillips*
6                                  THE HONORABLE VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE